# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1489. JOSEPH KELLY v. CINDY LITTLETON HESTER.

After the trial court granted Cindy Littleton Hetzer's[1] petition for a 12-month protective order under the Family Violence Act, OCGA § 19-13-1 et seq., respondent Joseph Kelly filed this direct appeal. Cindy has filed a motion to dismiss the appeal, arguing that we lack jurisdiction. We agree.

Appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved in part on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Joseph's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal.

---

[1] The trial court spelled Cindy's last name "Hester," but it appears "Hetzer" is the correct spelling.

Thus, Cindy's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED. Cindy's motion to dismiss on other grounds is DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/13/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*